PLAINTIFF/PETITIONER/MOVANT'S NAME
Terry Hurn
PRISON NUMBER
J-90989

PLACE OF CONFINEMENT
Correctional Training Facility/Soledad

ADDRESS
P.O. Box 689
Soledad, CA. 93960-0689



# United States District Court
## Southern District Of California

TERRY HURN,

          Plaintiff/Petitioner/Movant

v.

BEN CURRY, Warden (A),

          Defendant/Respondent

Civil No. '07CV 2067 H   PCL
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  X Yes   No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration Correctional Training Facilty/Soledad
   Are you employed at the institution?    X Yes   No
   Do you receive any payment from the institution?   X Yes   No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)        ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed?    Yes    N̶o̶

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   I am incarcerated and work in prison.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Unknown. I have been incarcerated over 10 years and do not remember.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    Yes    N̶o̶
   b. Rent payments, royalties interest or dividends    Yes    N̶o̶
   c. Pensions, annuities or life insurance    Yes    N̶o̶
   d. Disability or workers compensation    Yes    N̶o̶
   e. Social Security, disability or other welfare    Yes    N̶o̶
   e. Gifts or inheritances    Yes    N̶o̶
   f. Spousal or child support    Yes    N̶o̶
   g. Any other sources    Yes    N̶o̶

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)?    ⬜ Yes    X No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    Yes    N̶o̶
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?    Yes    X No
   a. Make:            Year:            Model:
   b. Is it financed?  ⬜ Yes    No
   c. If so, what is the amount owed?

CIV-67 (Rev. 9/97)                -2-                ::ODMA\PCDOCS\WORDPERFECT\22835\1

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes ___  No ☒
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   None

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you **must** explain the sources of funds for your day-to-day expenses.

    I am incarcerated

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE 10/22/07                    SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____Hurn J90989_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $___21.26___ on account to his/her credit at CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___0___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ___17.16___,

and the *average monthly deposits* to the applicant's account was $ ___31.79___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___10-24-07___     ___Brenda Nation___
DATE               SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

THE ___ INSTRUMENT IS A CORRECT
COPY OF T__ TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 10-24-07
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
    TRUST OFFICE
_Account Technician_

___BRENDA NATION___
OFFICER'S FULL NAME (PRINTED)

___Account Technician___
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)        -4-        ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, Terry Hurn, J-90989                , request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 10/22/07          _____
                       SIGNATURE OF PRISONER

```
                                                         00001000
                                          PAGE NO:            1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                   CTF SOLEDAD/TRUST ACCOUNTING
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT


              FOR THE PERIOD: MAY  24, 2007 THRU OCT. 23, 2007

ACCOUNT NUMBER : J90989                BED/CELL NUMBER: CFDWT2000000217U
ACCOUNT NAME   : HURN, TERRY              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
     TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------   -------   ---------  --------   -----------   -------

05/24/2007   BEGINNING BALANCE                                            20.00

05/24 W415  CASH WITHDRAW 3561 MAY07 203434064              20.00          0.00
06/06 D554  INMATE PAYROL 3693 P10               27.00                    27.00
06/11 FC01  DRAW-FAC 1    3789 MAINL                        27.00          0.00
07/06 D554  INMATE PAYROL 0026 P3                27.00                    27.00
07/16*D340  EFT DEPOSIT   0203 77787            150.00                   177.00
07/20 W415  CASH WITHDRAW 0251 TWO   203434992               3.25        173.75
07/23 FC01  DRAW-FAC 1    0273 M/L                         173.00          0.75
08/02*D554  INMATE PAYROL 0387 P14               27.00                    27.75
08/21 FC01  DRAW-FAC 1    0595 ML                           27.75          0.00
09/06 D554  INMATE PAYROL 0774 P19               27.00                    27.00
09/24 FC01  DRAW-FAC 1    1025 ML                           27.00          0.00
10/06 D554  INMATE PAYROL 1111 P12               21.26                    21.26

                       TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
   ---------    ---------    -----------    --------    -------      ------------
      20.00       279.26       278.00        21.26        0.00            0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                              -------
                                               21.26
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10-24-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Watson_
   TRUST OFFICE

Account Technician

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner"s trust account statement showing transaction of

_Huen J90989_ [prisoner's name]

for the last six months at CORRECTIONAL TRAINING FACILITY P.O. BOX 686 SOLEDAD, CA 93960 ATTN: TRUST OFFICE [name of institution]

where (s) he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _31.79_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _17.16_ .

Dated: _10-24-07_    _Brenda Nation, Acct Technician_
                        Authorized officer of
                            the institution



THIS DOCUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 10-24-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Account Technician_