**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY HURN,<br><br>                        Petitioner,<br><br>      v.<br><br>BEN CURRY, Warden,<br><br>                        Respondent. | Civil No.    07cv2067-H (PCL)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He has also filed a request to proceed in forma pauperis which reflects a $21.26 balance in his prison trust account. The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a).

It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee no later than January 7, 2008, to have the case reopened.

**IT IS SO ORDERED.**

DATED: November 6, 2007

                                                        MARILYN L. HUFF, District Judge<br>
                                                        UNITED STATES DISTRICT COURT

CC:ALL PARTIES